# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:24 CR 00311 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| -vs- | ) | |
| | ) | |
| CHRISTOPHER J. MACHAMER | ) | **MOTION TO VACATE HEARING** |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, **CHRISTOPHER J. MACHAMER**, by and through his undersigned counsel and hereby moves this Court to vacate the Status Hearing scheduled for September 3, 2025 and set this matter for a Change of Plea Hearing.

Respectfully submitted,

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Christopher Machamer
121 South Main Street, Suite 520
Akron, Ohio 44308
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)
don@ohiodefensefirm.com

## CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of September 2025 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Christopher Machamer