**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:24-cr-00311 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CHRISTOPHER J. MACHAMER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant. | ) | |

On September 5, 2024, the Government filed a five count Indictment against Defendant Christopher J. Machamer. The Indictment charges him with the following: Count 1, Engaging in the Business of Manufacturing and Dealing Firearms Without a License, in violation of 26 U.S.C. §§ 5861(a) and 5871; Count 2, Making of Firearms in Violation of the National Firearms Act, in violation of 26 U.S.C. §§ 5822, 5861(f), and 5871; Count 3, Unlawful Transfer of Unregistered Firearms, in violation of 26 U.S.C. §§ 5812, 5861(e) and 5871; Count 4, Possession of Unregistered Firearms, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871; and Count 5, Possession of a Firearm with an Obliterated Serial Number, in violation of 26 U.S.C. §§ 5842, 5861(h), and 5871.  Defendant Christopher J. Machamer was arraigned on September 17, 2024, during which he entered a plea of not guilty to the charges.

Thereafter, this case was referred to United States Magistrate Judge Jennifer Dowdell Armstrong who issued a Report and Recommendation (R&R) regarding the Change of Plea Hearing of Christopher J. Machamer, which the Magistrate Judge conducted with the consent of the parties. On September 17, 2025 Magistrate Judge Armstrong received Defendant Christopher J. Machamer's plea of guilty to Count 1, 2, 3, 4 and 5 of the Indictment, with a written plea

agreement, and issued the R&R that recommended the Court accept the plea and enter a finding of guilty.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

The Court, however, identified typographical errors in the parties' plea agreement, which it addressed on the record in advance of a Sentencing Hearing. Defendant, after consultation with his defense counsel, defense counsel, and counsel for the United States all confirmed that the change of plea hearing accurately set forth all the material terms of the parties' plea agreement, despite the typographical errors in the signed plea agreement. The Court independently reviewed the transcript from that hearing and confirmed the same. Therefore, after Defendant consulted with his counsel, the Defendant signed a new plea agreement that corrected the typographical errors and reaffirmed the material terms of the parties' plea agreement as presented orally to the Magistrate Judge. The Court engaged in a colloquy with Defendant and counsel, and Defendant knowingly, voluntarily, and intelligently reaffirmed his decision to plea guilty to all five charges in the indictment and proceed with sentencing. The Court accepted Defendant's plea of guilty, accepted the parties' plea agreement, and confirmed it was adopting the Magistrate Judge's R&R upon *de novo* review of the record.

During the Change of Plea Hearing and in connection with the Sentencing Hearing, the Court found Defendant Christopher J. Machamer to be competent to enter a plea and to understand his constitutional rights; he was aware of the charges and of the consequences of entering a plea; the parties presented an adequate factual basis for the plea; and the Court found Defendant entered his plea of guilty knowingly, intelligently, and voluntarily.  Consequently, the Court accepted the plea and approved the plea agreement.

Therefore, Defendant Christopher J. Machamer has been adjudged guilty of Counts 1, 2, 3, 4, and 5 of the Indictment.  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report, which the Defendant and counsel received in advance of the Sentencing Hearing and they confirmed there were no objections. Sentencing has now occurred and the Court will issue the judgment by separate order.

IT IS SO ORDERED.

*David A. Ruiz*     *3/11/2026*
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE